FILED
6/27/17 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| James K. Stiffler, | ) | Case No. 17-21339-TPA |
| | ) | |
| Debtor. | ) | Chapter 7 |

_____

| | | |
|---|---|---|
| James K. Stiffler, | ) | |
| Movant | ) | |
| | ) | Document No.  17 |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

**ORDER OF COURT**

AND NOW, to wit, this __27th__ day of _____June_____, 2017, it is hereby

ORDERED, ADJUDGED and DECREED, that Lisa Kay Bonar, Agent for James K. Stiffler,

is hereby permitted and authorized to testify at James K. Stiffler's 11 U.S.C. §341 Meeting

of Creditors.  The hearing previously scheduled for July 27, 2017 is *CANCELLED*.

BY THE COURT:

_____ vas
Thomas P. Agresti,
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-21339-TPA
James K. Stiffler                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: lfin           Page 1 of 1           Date Rcvd: Jun 27, 2017
                           Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2017.
db            +James K. Stiffler,   1251 Maywood Drive,   Greensburg, PA 15601-3757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
          Brian P. Cavanaugh   on behalf of Debtor James K. Stiffler bcavanaugh@greensburglaw.com,
           kwahl@greensburglaw.com
          James  Warmbrodt   on behalf of Creditor   Fifth Third Bank bkgroup@kmllawgroup.com
          Lisa M. Swope   lms@nsslawfirm.com,  klw@nsslawfirm.com;pa73@ecfcbis.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
                                                                   TOTAL: 4