FILED
7/12/17 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James K. Stiffler <br><br> Debtor(s) | |
| Fifth Third Bank <br><br> Movant <br> v. <br> James K. Stiffler <br><br> Respondent <br> and <br> Lisa M. Swope, Trustee <br><br> Additional Respondent | BK. NO. 17-21339 TPA <br><br> CHAPTER 7 <br><br> Related to Document No. 14 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 12th day of July, 2017, at Pittsburgh, upon Motion of Fifth Third Bank, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2013 HYUNDAI TUCSON, VIN: KM8JUCAC8DU619152, , in a commercially reasonable manner.

_____
United States Bankruptcy Judge

vas

cc: See attached service list:

James K. Stiffler
1251 Maywood Drive
Greensburg, PA 15601

Brian P. Cavanaugh
229 South Maple Avenue
Greensburg, PA 15601
bcavanaugh@greensburglaw.com

Lisa M. Swope
219 South Center Street (VIA ECF)
P.O. Box 270
Ebensburg, PA 15931


KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-21339-TPA
James K. Stiffler                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala           Page 1 of 1          Date Rcvd: Jul 12, 2017
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
db             +James K. Stiffler,    1251 Maywood Drive,    Greensburg, PA 15601-3757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
              Brian P. Cavanaugh    on behalf of Debtor James K. Stiffler bcavanaugh@greensburglaw.com,
               kwahl@greensburglaw.com
              James Warmbrodt     on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              Lisa M. Swope    lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 4